United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-34106 |
| **JACKSON GARDENS, LLC** | § | |
| and | § | |
| **SYCAMORE GARDENS, LLC,** | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

On November 18, 2024, this Court held a show cause hearing to determine if the instant case should be dismissed or converted to a proceeding under chapter 7 of the Code. For the reasons stated on the record it is therefore:

**ORDERED:** that

1. This Chapter 11 case is **DISMISSED**.
2. Jackson Gardens, LLC and Sycamore Gardens, LLC (the "Debtors"), no later than fourteen (14) days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court operating reports and statements of disbursements made during each calendar quarter during the period from Monday, September 2, 2024, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee.
3. The Debtors, no later than fourteen (14) days after entry of this Order, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).
4. All professionals shall, no later than fourteen (14) days after entry of this Order, file with the Court an application for professional fees under 11 U.S.C. § 330.
5. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 5.

SIGNED November 18, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge